**Exhibit A to the Complaint**

**Location:** Akron, OH

**Total Works Infringed:** 34

**IP Address:** 24.33.90.251

**ISP:** Spectrum

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|------|-----------|-----|------|-----------|------------|--------------|
| 1 | 03E7B003B60B84380CA5AE62D0583F7848B0EE54 | 02/27/2026 18:53:05 | Blacked Raw | 04/02/2018 | 04/17/2018 | PA0002116078 |
| 2 | daefb742b94148e4d2eb706fbea710650af08813 | 04/21/2026 15:18:33 | Vixen | 04/17/2026 | 04/24/2026 | PA0002580450 |
| 3 | b366cecdda75342550e6526911e85d6c801f03fd | 04/03/2026 16:39:46 | Blacked Raw | 04/01/2026 | 04/07/2026 | PA0002577447 |
| 4 | 208bb6d56560edaf3a5c7848334674a1ad9aa863 | 03/12/2026 15:08:06 | Vixen | 06/12/2020 | 06/25/2020 | PA0002256359 |
| 5 | 556ebacf86ab28b054ee215f276f0b038cd9206f | 03/09/2026 13:17:37 | Tushy | 09/08/2024 | 09/18/2024 | PA0002490458 |
| 6 | 3981818c672261e5a1a0d5b561f7a7fef98a7805 | 02/27/2026 18:41:40 | Blacked | 09/22/2018 | 11/01/2018 | PA0002143419 |
| 7 | 928563C9AD840C9B4E643617450CD422CF8FDEA5 | 02/27/2026 18:38:59 | Blacked | 11/24/2025 | 11/26/2025 | PA0002554932 |
| 8 | ad2541df875fcad4accb68e7d053e02b33138aa3 | 02/27/2026 18:37:47 | Blacked Raw | 07/01/2024 | 07/15/2024 | PA0002480619 |
| 9 | 5229ed5062db030669cc1263118b77fa111b424d | 02/27/2026 18:34:24 | Blacked Raw | 12/18/2018 | 02/02/2019 | PA0002155391 |
| 10 | f445823ee2bb5e4bf4886eb8490df47acc438c4e | 02/27/2026 18:31:24 | Tushy | 05/31/2018 | 07/14/2018 | PA0002131771 |
| 11 | b5e2089bd88f5b29e059eaf5c2e621b3b5008919 | 02/27/2026 18:30:57 | Blacked | 07/04/2018 | 08/07/2018 | PA0002131913 |
| 12 | dbaa02153cb1ace3d2d3133fd8a00c6766453da5 | 02/27/2026 18:29:26 | Blacked Raw | 01/02/2018 | 01/26/2018 | PA0002101761 |
| 13 | 79f56f96e9d96857e4b78500fc4f45684c9f9912 | 02/27/2026 18:29:17 | Blacked Raw | 02/06/2018 | 02/20/2018 | PA0002104186 |
| 14 | 668FF39D13617B304AE77A0520D19CF04CECDE0F | 02/27/2026 18:28:47 | Blacked Raw | 02/11/2018 | 03/02/2018 | PA0002104740 |
| 15 | 9E7AA349F9E117314933CEDB885EF0A70E02E141 | 02/27/2026 18:28:27 | Blacked | 10/16/2021 | 10/19/2021 | PA0002317055 |
| 16 | 67d95fced9b00c108a63588568a4b4cc34737ee5 | 02/27/2026 18:28:19 | Blacked | 07/09/2018 | 08/07/2018 | PA0002131818 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 44ee8007d31df8d2883b228679b50bb1595a5667 | 02/27/2026 18:27:49 | Blacked | 07/24/2018 | 09/01/2018 | PA0002119589 |
| 18 | 0616906E5B0D445A8FB469D45908C91D24F6CD2F | 02/27/2026 18:27:43 | Blacked | 09/27/2018 | 11/01/2018 | PA0002143428 |
| 19 | b038e50ce96ea99ac02e1bcf051643e7314a3667 | 02/27/2026 18:27:02 | Blacked | 09/12/2018 | 11/01/2018 | PA0002143426 |
| 20 | 8031b4a7a5cfcecbc796d4772440bfc5016c11aa | 02/27/2026 18:26:39 | Blacked | 06/24/2018 | 07/26/2018 | PA0002112154 |
| 21 | 07ec80c56b473dd0771ab7d4a3e905994a87a408 | 02/27/2026 18:26:12 | Blacked | 07/19/2018 | 09/05/2018 | PA0002135006 |
| 22 | c60f238231fa7d72f30ad0ac8aee75366ce5e5e8 | 02/27/2026 18:26:11 | Blacked | 02/09/2019 | 03/11/2019 | PA0002158599 |
| 23 | 025477e817fdad26e20e85603dcec00d1bd5da68 | 02/27/2026 18:26:03 | Blacked | 09/02/2018 | 11/01/2018 | PA0002143413 |
| 24 | 7b364338cd90fc951b3f536b186eba30de4246fc | 02/18/2026 14:48:00 | Blacked Raw | 11/28/2018 | 01/22/2019 | PA0002149836 |
| 25 | b80966eb25ce62da272da719ed0efef0c671d237 | 02/07/2026 18:47:31 | Vixen | 09/06/2018 | 11/01/2018 | PA0002143433 |
| 26 | b4ca9de725804650188413ce5326ff8fd94ae9ed | 02/07/2026 18:47:08 | Tushy | 09/28/2018 | 10/16/2018 | PA0002127781 |
| 27 | 60feb3e4f343965c4c847a6f071d77f52c61bb52 | 02/07/2026 18:46:50 | Tushy | 09/23/2018 | 11/01/2018 | PA0002143415 |
| 28 | f435d35b54ee4ef630a20962a7fa17489cee0b29 | 02/06/2026 18:31:03 | Milfy | 11/12/2025 | 11/26/2025 | PA0002554928 |
| 29 | 9A5ACC9C958C00F1B826AC91A7DB3423BCE3F400 | 01/19/2026 19:24:37 | Blacked Raw | 04/12/2018 | 06/18/2018 | PA0002126637 |
| 30 | 5D16EC2FE6C9F9FA9F5476C90525208D413532F1 | 01/19/2026 19:12:18 | Blacked | 06/29/2018 | 07/26/2018 | PA0002112160 |
| 31 | f15a3d34ff0fd051292ec25a6dbb3f574863f6e2 | 01/19/2026 19:10:45 | Blacked Raw | 04/17/2018 | 05/23/2018 | PA0002101308 |
| 32 | 166d7102701fd55b4c88b35f879d5f40237229ee | 01/19/2026 18:58:52 | TushyRaw | 08/31/2025 | 09/16/2025 | PA0002551070 |
| 33 | 584cac86170470b90e85be84312fa4008575e730 | 01/17/2026 18:32:53 | Blacked | 10/12/2017 | 10/19/2017 | PA0002058296 |
| 34 | 056c78df7a658ddf50a2394f5e4fa18bcf095426 | 12/06/2025 18:47:10 | Blacked | 11/01/2018 | 11/25/2018 | PA0002136644 |